# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFFRIN JEROME GRIFFIN, | ) Case No. CV 17-3714-SP |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration, | ) ) ) ) |
| Defendant. | ) ) |
| ——————————————— | ) |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is **REVERSED** and this matter **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the court's Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment.

Dated: March 26, 2019

_____
SHERI PYM
United States Magistrate Judge